IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARQUITA HENSON, as Mother and Legal Guardian of J.H.S., a minor,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KIARA BOGAN, VILLAGE OF LANSING, AND THORNTON FRACTIONAL TOWNSHIP HIGH SCHOOL DISTRICT 215,<br><br>　　　　Defendants. | Case No. 24-cv-2833<br><br>*Jury Trial Demanded.* |

## JOINT STATUS REPORT

Now comes Plaintiff, Marquita Henson, as Mother and Legal Guardian of J.H.S., a minor, by and through her undersigned counsel, and Defendants, Kiara Bogan, Village of Lansing, and Thornton Fractional Township High School District 215, by and through their undersigned counsel, and present their Joint Status Report, and state as follows:

1. On or around August 9, 2024, the parties made their Rule 26(a)(1) Initial Disclosures.

2. Plaintiff propounded her discovery requests to Defendants on August 22, 2024.

3. Defendants' discovery responses were due on September 23, 2024.

4. Defendants have not responded to Plaintiff's discovery requests. Defendants will respond within fourteen (14) days.

5. Based upon Plaintiff's Rule 26 disclosures, Defendants have not propounded discovery requests to the plaintiff.

1

6. The parties do not request a settlement conference at this time.

7. The parties anticipate the following depositions:

    a. Plaintiff Marquita Henson

    b. J.H.S., a minor

    c. Defendant Kiara Bogan

    d. Lansing Police Chief Alfred Phillips

    e. Lansing Police Sgt. Joe Pomilia

    f. Former principal Jake Gourley

    g. Student Nicklas Barnes

    h. Currently unknown employees of Defendant District 215

    i. Currently unknown employees of Defendant Village of Lansing

    j. Currently unknown students of District 215

Respectfully submitted,

| /s/ Jordan Marsh | /s/ Thomas Condon |
|---|---|
| *Attorney for the Plaintiff* | *Attorney for the Defendants* |
| **LAW OFFICE OF JORDAN MARSH LLC** | **MONTANA & WELCH, LLC** |
| 5 Revere drive Suite 200 | 11950 South Harlem Ave., Ste 102 |
| Northbrook, IL 60062 | Palos Heights, IL 60463 |
| (224) 220-9000 | (708) 448-7005 |
| jordan@jmarshlaw.com | tcondon@montanawelch.com |

## CERTIFICATE OF SERVICE

    I certify that on September 24, 2024, I served a copy of the foregoing JOINT STATUS REPORT on all counsel of record by filing the same on the Court's ECF system.

                                              **/s/ Jordan Marsh**