IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMEL HENSON-SMITH,

    Plaintiff,

v.

KIARA BOGAN, VILLAGE OF LANSING, AND THORNTON FRACTIONAL TOWNSHIP HIGH SCHOOL DISTRICT 215,

    Defendants.

Case No. 24-cv-2833

*Jury Trial Demanded.*

## JOINT STATUS REPORT

Now comes Plaintiff, Jamel Henson-Smith, by and through his undersigned counsel, and Defendants, Kiara Bogan, Village of Lansing, and Thornton Fractional Township High School District 215, by and through their undersigned counsel, and present their Joint Status Report, and state as follows:

1. On January 6, 2025, Plaintiff filed his Amended Complaint naming Jamel as the sole plaintiff and terminating Marquita Henson as a plaintiff.

2. On January 14, 2025, Plaintiff propounded his First set of Requests for Admission of Facts. Defendants' responses are due by February 13, 2025.

3. On January 24, 2025, the deposition of Sgt. Joseph Pomilia took place.

4. On January 27, 2025, Plaintiff propounded his Second set of Requests for Admission of Facts. Defendants' responses are due by February 26, 2025.

5. No Third-Party subpoenas have been issued at this time.

6. Plaintiff's First Amended Complaint inadvertently omitted some language, and Plaintiff will be filing a Motion for Leave to file a corrected First Amended complaint shortly.

7. Defendant seeks a settlement conference.

8. Plaintiff has no objection to a settlement conference.

Respectfully submitted,

| /s/ Jordan Marsh | /s/ Thomas J. Condon, Jr. |
| *Attorney for the Plaintiff* | *Attorney for the Defendants* |

| **LAW OFFICE OF JORDAN MARSH LLC** | **MONTANA & WELCH, LLC** |
| 5 Revere Drive Suite 200 | 11950 South Harlem Ave., Ste 102 |
| Northbrook, IL 60062 | Palos Heights, IL 60463 |
| (224) 220-9000 | (708) 448-7005 |
| jordan@jmarshlaw.com | tcondon@montanawelch.com |

## CERTIFICATE OF SERVICE

    I certify that on January 31, 2025, I served a copy of the foregoing JOINT STATUS REPORT on all counsel of record by filing the same on the Court's ECF system.

                                              **/s/ Jordan Marsh**